# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2592

_____

| | |
|---|---|
| United States of America,      * | |
|                  * | |
|         Appellee,      * | |
|                  * | Appeal from the United States |
|     v.                 * | District Court for the |
|                  * | District of Minnesota. |
| Ezequiel Ambrosio-Lopez, also known      * | |
| as Hector Arroyo-Oran,      * | [UNPUBLISHED] |
|                  * | |
|         Appellant.      * | |

_____

Submitted: December 5, 2000
Filed:  December 7, 2000

_____

Before BEAM, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Ezequiel Ambrosio-Lopez pleaded guilty to illegally re-entering the United States, having previously been convicted of an aggravated felony and deported, in violation of 8 U.S.C. § 1326(a) and (b)(2).  After granting a downward departure, the district court[1] sentenced him to 46 months imprisonment and 2 years supervised release.  On appeal, Ambrosio-Lopez's counsel has filed a brief and moved to

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

withdraw pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967). Although Ambrosio-Lopez was granted permission to file a pro se supplemental brief, he has not done so.

After review of counsel's <u>Anders</u> brief, along with our independent review of the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we conclude that there are no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.